# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

In re: MORRISON, JEFFERY LYNN  § Case No. 15-61072-RBK
   MORRISON, CHERYL K.  §
                        §
Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH V. WOMACK, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,350.27 *(without deducting any secured claims)* | Assets Exempt: $9,298.60 |
| Total Distribution to Claimants: $712.00 | Claims Discharged Without Payment: $116,653.10 |
| Total Expenses of Administration: $450.67 | |

3) Total gross receipts of $ 1,311.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 148.33 (see **Exhibit 2**), yielded net receipts of $1,162.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 450.67 | 450.67 | 450.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,011.88 | 18,036.01 | 18,036.01 | 712.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,354.42 | 85,414.86 | 85,414.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $108,366.30 | $103,901.54 | $103,901.54 | $1,162.67 |

4) This case was originally filed under Chapter 7 on November 12, 2015. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2016          By: /s/JOSEPH V. WOMACK, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 tax refunds | 1224-000 | 1,141.00 |
| 2014 tax refunds | 1224-000 | 170.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,311.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHERYL AND JEFFERY MORRISON | Exempt portion of 2015 tax refunds | 8100-002 | 148.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$148.33** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH V. WOMACK, TRUSTEE | 2100-000 | N/A | 290.67 | 290.67 | 290.67 |
| JOSEPH V. WOMACK, TRUSTEE | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $450.67 | $450.67 | $450.67 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | WYOMING WORKERS COMPENSATION | 5800-000 | 17,011.88 | 18,036.01 | 18,036.01 | 712.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $17,011.88 | $18,036.01 | $18,036.01 | $712.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ROCKY MOUNTAIN CREDIT | 7100-000 | 54,000.00 | 66,429.00 | 66,429.00 | 0.00 |
| 2 | MONTANA DEPT OF REVENUE | 7100-000 | 0.00 | 35.13 | 35.13 | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,132.00 | 394.70 | 394.70 | 0.00 |
| 4 | COLLECTION PROFESSIONALS | 7100-000 | 9,604.19 | 11,115.75 | 11,115.75 | 0.00 |
| 5 | RECOVERY SYSTEMS INC | 7100-000 | 7,653.00 | 5,050.10 | 5,050.10 | 0.00 |
| 6 | RECOVERY SYSTEMS INC | 7100-000 | 5,051.00 | 1,660.06 | 1,660.06 | 0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 730.12 | 730.12 | 0.00 |
| NOTFILED | JEFFERSON CAPITAL SYST | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| NOTFILED | HOLY ROSARY HEALTHCARE | 7100-000 | 141.75 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FIRST NATIONAL COLLECT | 7100-000 | 730.00 | N/A | N/A | 0.00 |
| NOTFILED | MAVERICK COUNTY STORE NORTH SALT LAKE UT OFFICE | 7100-000 | 1,588.00 | N/A | N/A | 0.00 |
| NOTFILED | SAND CREEK FAMILY DENTAL | 7100-000 | 1,743.00 | N/A | N/A | 0.00 |
| NOTFILED | SCL HEALTH SYSTEM | 7100-000 | 620.75 | N/A | N/A | 0.00 |
| NOTFILED | PRAIRIE COUNTY COURTHOUSE ASSESMENT OFFICE | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| NOTFILED | PRO TECH DIESEL | 7100-000 | 1,398.00 | N/A | N/A | 0.00 |
| NOTFILED | DAWN DIGITAL IMAGING | 7100-000 | 115.32 | N/A | N/A | 0.00 |
| NOTFILED | MCDONALDS | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | BIG SKY PHARMACY | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | BILLINGS CLINIC | 7100-000 | 6,005.41 | N/A | N/A | 0.00 |
| NOTFILED | ABC GLASS AND SIGNS | 7100-000 | 528.00 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT COLLECTION | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$91,354.42** | **$85,414.86** | **$85,414.86** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-61072-RBK
**Case Name:** MORRISON, JEFFERY LYNN
MORRISON, CHERYL K.
**Period Ending:** 12/09/16

**Trustee:** (460040) JOSEPH V. WOMACK, TRUSTEE
**Filed (f) or Converted (c):** 11/12/15 (f)
**§341(a) Meeting Date:** 12/17/15
**Claims Bar Date:** 03/21/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | STOCKMAN BANK Checking 4181<br>Orig. Description: STOCKMAN BANK PO BOX 6 TERRY, MT 59349 CHECKING...4181; Imported from original petition Doc# 1 | 136.73 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>Orig. Description: 1 COUCH - 100 5 LAMPS - 10 1 TABLE - 100 3 CHAIRS - 75 5 BEDS - 100 4 END TABLES - 40 6 DRESSERS - 150 2 TV'S - 100 2 VCR/DVD PLAYERS - 25 1 BBQ - 10 1 LAWNMOWER - 30 1 ENTERTAINMENT CENTER - 50 1 REFRIGERATOR - 100 1 WASHER/DRYER SET - 100 1 MICROWAVE - 10 1 FREEZER - 20 1 SATELLITE DISH - 10 1 PIANO - 180 2 BINOCULARS - 20 1 LAPTOP - 50 1 PRINTER - 10; Imported from original petition Doc# 1 | 1,290.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL<br>Orig. Description: MENS/WOMENS CLOTHING; Imported from original petition Doc# 1 | 175.00 | 0.00 | | 0.00 | FA |
| 4 | FURS AND JEWELRY<br>Orig. Description: WEDDING RINGS; Imported from original petition Doc# 1 | 175.00 | 0.00 | | 0.00 | FA |
| 5 | FIREARMS AND HOBBY EQUIPMENT<br>Orig. Description: 1 MOSSBURG 12 GAGE SHOTGUN - 50 1 BROWNING 300 SHORTMAG - 300 1 REMMINGTON 870 SHOTGUN - 175 3 FISHING RODS/REELS - 30 2 TACKLE BOXES WITH LURES/HOOKS - 20; Imported from original petition Doc# 1 | 575.00 | 0.00 | | 0.00 | FA |
| 6 | MONTANA TEACHERS RETIREMENT<br>Orig. Description: MONTANA TEACHERS RETIREMENT; Imported from original petition Doc# 1 | 1,652.70 | 0.00 | | 0.00 | FA |
| 7 | WELLS FARGO ADVANTAGE FUNDS SIMPLE IRA<br>Orig. Description: WELLS FARGO ADVANTAGE FUNDS SIMPLE IRA; Imported from original petition Doc# 1 | 2,136.84 | 0.00 | | 0.00 | FA |

Printed: 12/09/2016 11:46 AM    V.13.28

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-61072-RBK  
**Case Name:** MORRISON, JEFFERY LYNN  
MORRISON, CHERYL K.  
**Period Ending:** 12/09/16

**Trustee:** (460040) JOSEPH V. WOMACK, TRUSTEE  
**Filed (f) or Converted (c):** 11/12/15 (f)  
**§341(a) Meeting Date:** 12/17/15  
**Claims Bar Date:** 03/21/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | 2002 GMC DENALI<br>Orig. Description: 2002 GMC DENALI; Imported from original petition Doc# 1 | 3,009.00 | 0.00 | | 0.00 | FA |
| 9 | 1994 CADILLAC DEVILLE (DOES NOT RUN, NO ENGINE,<br>Junk no value. | 100.00 | 100.00 | | 0.00 | FA |
| 10 | 2000 PONTIAC GRAND PRIX SE (DOES NOT RUN) - SCRA<br>Junk no value.ll | 100.00 | 100.00 | | 0.00 | FA |
| 11 | 2015 tax refunds (u)<br>we get $992.67 which is 87%of $1,141 | Unknown | 1,851.67 | | 1,141.00 | FA |
| 12 | 2014 tax refunds (u)<br>Federal filed and sent on time. Only state refunds. | Unknown | 100.00 | | 170.00 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$9,350.27** | **$2,151.67** | | **$1,311.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/06/16 Checks cut - waiting for checks to clear to do TDR mw  
09/21/16 Filed NFR & FA w/Court; waiting for approval to cut checks mw  
07/28/16 TFR to USTP mw  
06/30/16 Ready for TFR mw  
04/12/16 Claims reviewed mw  
04/05/16 MDOR checks sent to debtors --  
03/11/16 Sent letter to Debtors - we get $992.67 which is 87% of $1,141 kw  
03/11/16 Sent inquiry to IRS re 2013 and 2014 refunds. Should be getting 519 for 2013 and 2701 for 2014. ll  
12/22/15 Tax hold done. ll  
12/08/15 2013 and 2014 taxes just filed if there's anything available for the estate 100% ours. ll

**Initial Projected Date Of Final Report (TFR):** July 1, 2016    **Current Projected Date Of Final Report (TFR):** July 28, 2016 (Actual)

Printed: 12/09/2016 11:46 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-61072-RBK
**Case Name:** MORRISON, JEFFERY LYNN
MORRISON, CHERYL K.
**Taxpayer ID #:** **-***4085
**Period Ending:** 12/09/16

**Trustee:** JOSEPH V. WOMACK, TRUSTEE (460040)
**Bank Name:** Rabobank, N.A.
**Account:** ******6966 - Checking Account
**Blanket Bond:** $65,574,033.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/16 | {12} | State of Montana | Cheryl Morrison's 2014 MDOR Tax Refund | 1224-000 | 9.00 | | 9.00 |
| 01/04/16 | {12} | State of Montana | Jeff Morrison's 2014 MDOR Tax Refund | 1224-000 | 161.00 | | 170.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 160.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 150.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 140.00 |
| 04/11/16 | {11} | State of Montana | Cheryl's 2015 state refund | 1224-000 | 5.00 | | 145.00 |
| 04/11/16 | {11} | State of Montana | Jeffery's 2015 state refund | 1224-000 | 249.00 | | 394.00 |
| 04/29/16 | {11} | United States Treasury | 2015 Federal Tax Refunds | 1224-000 | 887.00 | | 1,281.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,271.00 |
| 05/02/16 | 101 | CHERYL AND JEFFERY MORRISON | Exempt portion of 2015 tax refunds | 8100-002 | | 148.33 | 1,122.67 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,112.67 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,102.67 |
| 10/06/16 | 102 | WYOMING WORKERS COMPENSATION | Dividend paid 3.94% on $18,036.01; Claim# 8; Filed: $18,036.01; Reference: | 5800-000 | | 712.00 | 390.67 |
| 10/06/16 | 103 | JOSEPH V. WOMACK, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION 290.67, EXPENSES 100.00 | | | 390.67 | 0.00 |
| | | | Dividend paid 100.00% 290.67 on $290.67; Claim# ; Filed: $290.67 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 100.00 on $100.00; Claim# ; Filed: $100.00 | 2200-000 | | | 0.00 |

| | | | | ACCOUNT TOTALS | 1,311.00 | 1,311.00 | $0.00 |
| | | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | | **Subtotal** | 1,311.00 | 1,311.00 | |
| | | | | Less: Payments to Debtors | | 148.33 | |
| | | | | **NET Receipts / Disbursements** | **$1,311.00** | **$1,162.67** | |

{} Asset reference(s)

Printed: 12/09/2016 11:46 AM V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 15-61072-RBK | **Trustee:** JOSEPH V. WOMACK, TRUSTEE (460040) |
| **Case Name:** MORRISON, JEFFERY LYNN | **Bank Name:** Rabobank, N.A. |
| MORRISON, CHERYL K. | **Account:** ******6967 - Checking Account |
| **Taxpayer ID #:** **-***4085 | **Blanket Bond:** $65,574,033.00 (per case limit) |
| **Period Ending:** 12/09/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6966** | 1,311.00 | 1,162.67 | 0.00 |
| **Checking # ******6967** | 0.00 | 0.00 | 0.00 |
| | $1,311.00 | $1,162.67 | $0.00 |

{} Asset reference(s)

Printed: 12/09/2016 11:46 AM V.13.28